UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANNA ARMENTANO                                    JURY TRIAL DEMANDED

v.                                                CASE NO.  3:10 cv

ACCOUNT RECEIVABLE MANAGEMENT OF FLORIDA, INC
DARLENE GRAHAM

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Each Defendant had a place of business at  9000 Regency Square Blvd Suite 1, Jacksonville FL 32211   which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff on behalf of various payday lenders concerning efforts to collect illegal loans.

7. Defendants did not provide plaintiff with notices required by the FDCPA in connection with their collection efforts, in particular, § 1692e(11) or §1692g.

FIRST COUNT

8.  In the collection efforts as to Instant Cash USA, beginning in October 2009, each

defendant violated the FDCPA, § 1692d, -e, -f(1), or –g.

SECOND COUNT

9. In the collection efforts as to Pay Check today, beginning in February, 2010, each defendant violated the FDCPA, § 1692d, -e, -f(1), or –g.

THIRD COUNT

10. Within three years prior to the date of this action each Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net